1                                       Judge Pechman

2                  ____ **FILED** ____ **ENTERED**

3                  ____ **LODGED** ____ **RECEIVED**

4                    **SEP 0 2 2004**

5                       AT SEATTLE
                 CLERK U.S. DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
        BY                  DEPUTY

6

7                UNITED STATES DISTRICT COURT

8               WESTERN DISTRICT OF WASHINGTON
                     AT SEATTLE

9 UNITED STATES OF AMERICA,     )
                               )     NO. CR04-0066P

10           Plaintiff,          )

11              v.                )     SUPERSEDING INFORMATION

12 ALLISON L. WATSON,          )     (Misdemeanor)

13          Defendant.        )

14 _____)

15 THE UNITED STATES ATTORNEY CHARGES THAT:

16

17                         **COUNT 1**
                  **(Contempt of Court)**

18       On or about September 31, 2004, at Seattle, within the Western District of

19 Washington, ALLISON L. WATSON, did willfully and knowingly disobey and resist a

20 lawful order of a Court of the United States, that is, an order issued by the Honorable

21 Thomas S. Zilly, United States District Judge, on October 22, 2003, in the Western

22 District of Washington, in a grand jury investigation, by refusing to provide testimony

23

24                 ‖ ‖‖‖‖‖ ‖‖‖‖ ‖‖‖‖‖ ‖‖‖‖‖ ‖‖‖‖ ‖‖‖‖‖ ‖‖‖‖‖ ‖‖‖‖ ‖‖‖‖

25                 ‖ ‖‖‖‖‖‖ ‖‖‖‖‖ ‖‖‖‖ ‖‖‖‖‖ ‖‖‖‖ ‖‖‖‖‖ ‖‖ ‖‖‖

26         **04-CR-00066-INFO**

27

28

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  before the grand jury, and ALLISON L. WATSON's acts were of such character as to

2  constitute also a criminal offense under the laws of the United States.

3      All in violation of Title 26, United States Code, Section 402.

4      DATED: This ___1ˢᵀ___ day of September, 2004.

JOHN McKAY
United States Attorney

CARL BLACKSTONE
Assistant United States Attorney

ANDREW C. FRIEDMAN
Assistant United States Attorney

J. TATE LONDON
Assistant United States Attorney

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101
(206) 553-7970